# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Special Agent Justin Manning, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

## Introduction

1. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). As such, I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code §§ 1015(e) and 1028A, among other crimes. I have been employed with DHS since September 2019, and I am presently assigned to the Resident Agent in Charge Office Northern Kentucky. My duties include the investigating violations of federal criminal laws, including those offenses enumerated in Title 18, United States Code. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

2. This affidavit is based upon my personal knowledge and information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

3. I have not included every fact that has been revealed through the course of this investigation, rather I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a Criminal Complaint and an arrest warrant for

Erick Melecio DE LA CRUZ LUIS a/k/a Jonatan Negron Rivera for a violation of 18 U.S.C. §1015(e) which makes it a felony offense to knowingly make any false statement or claim to being a citizen or national of the United States with the intent to engage unlawfully in employment in the United States, and a violation of 18 U.S.C. § 1546(a) which makes it a felony offense to use or possess a document prescribed by statute or regulation for employment in the United States, that is a Social Security card, which the defendant knew to be forged, counterfeited, altered, or falsely made.

**Probable Cause**

4. On or about September 11, 2026, ICE Enforcement and Removal Operations (ERO) Louisville, notified HSI Northern Kentucky (NKY) that Erick Melecio DE LA CRUZ LUIS was encountered by ICE ERO in the Shelby County Detention Center in Shelby County, Kentucky. At that time, DE LA CRUZ LUIS was held by ICE ERO for immigration violations as he was determined to be a Guatemalan citizen illegally present in the United States. ICE ERO informed HSI NKY there was a question surrounding DE LA CRUZ LUIS' identity and provided HSI NKY with the Shelbyville Police Department arrest citation, inmate photograph, and copies of identity documents associated with him.

5. On or about September 11, 2026, DE LA CRUZ LUIS was arrested by Shelbyville Police Department (SPD) for violations of Kentucky law, including driving while intoxicated, after DE LA CRUZ LUIS wrecked his vehicle. During SPD's investigation, DE LA CRUZ LUIS identified himself as DE LA CRUZ LUIS with a DOB of XX/XX/2000, but officers discovered that DE LA CRUZ LUIS possessed

identification in another identity. In addition to possessing a Guatemalan identification card his name and with his photograph, he also possessed a Kentucky identification card (ID) and a social security card in the name of J.N.[1] The Kentucky ID card displayed a photo of DE LA CRUZ LUIS, but a date of birth of XX/XX/1989. The Social Security card displayed the name J.N. with a social security number ending in 3123.

6. On or about September 17, 2026, I obtained records from the Kentucky Transportation Cabinet, Department of Vehicle Regulation, Division of Driver's Licensing – Hearings/Fraud Section concerning the Kentucky identification card possessed by DE LA CRUZ LUIS, but issued in the name of J.N. The ID was issued on March 12, 2026, at a location in Louisville, Jefferson County, Kentucky. The records provided by the Kentucky Transportation Cabinet included copies of identity documents submitted in connection with the Kentucky identification-card application. Those documents included a Minnesota identification card in J.N.'s name with a birth date of XX/XX/1989 that displayed a photograph matching DE LA CRUZ LUIS; a Social Security card in J.N.'s name ending in 3123; and a Puerto Rico birth certification in J.N.'s name. The records also included an employee pay stub from Matalco Shelbyville LLC identifying the employee as J.N.

7. On or about September 17, 2026, I conducted a telephonic interview with Matalco Shelbyville LLC, Human Resources Manager Vicki Edwards. Following the phone call, I obtained an I-9 from the company, which was dated February 11, 2022, and

[1] Initials are used to protect the identity of the victim of identity theft.

which was submitted with J.N.'s name, date of birth as XX/XX/1989, and social security number ending in 3123. The listed address was in Shelbyville, Kentucky. The box "A citizen of the United States" was checked on the I-9.

8. Matalco Shelbyville LLC also provided me with a photocopy of the Minnesota Temporary driver's license and Social Security card submitted along with the I-9. The Temporary Minnesota driver's license was issued in the name of J.N. with the date of birth of XX/XX/1989, but displayed a photo of DE LA CRUZ LUIS. The Social Security card was in the name of J.N. with a number ending in 3123. Edwards stated that the employee known to Matalco as J.N. completed the Form I-9 in person at Matalco's office in Shelbyville, Kentucky (Shelby County, Kentucky).

9. Based on the facts known in this investigation and the review of ICE and HSI immigration databases, DE LA CRUZ LUIS was determined to be a citizen of Guatemala illegally present in the United States with no lawfully issued Social Security number. Additionally, there is no evidence of an application for admission into the United States for DE LA CRUZ LUIS.

10. J.N. is a United States citizen born in Puerto Rico. Information obtained in this investigation revealed that J.N. has the date of birth and social security number that were used in the I-9s submitted to Matalco Shelbyville LLC. HSI NKY also reviewed records associated with the true J.N., including a U.S. passport application and U.S. passport. The photograph associated with the true J.N.'s passport did not depict DE LA CRUZ LUIS.

11. Based on the above information, probable cause exists that on or about February 11, 2022, in Shelby County, Kentucky, Erick DE LA CRUZ LUIS violated 18 U.S.C. § 1015(e) (False Statement to Obtain Employment) and 18 U.S.C. § 1546(a) (Use of Fraudulent Social Security Card).

12. I state that the above information is true and correct to the best of my knowledge and request that this Criminal Complaint and corresponding arrest warrant be issued.

Respectfully submitted,

/s/ Justin Manning

Justin Manning, Special Agent
Homeland Security Investigations
Ft. Mitchell, Kentucky

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1, on the 29th day of September, 2026.

Matthew A. Stinnett

UNITED STATES MAGISTRATE JUDGE